**BLACKWELL LAW OFFICE, PLLC**
3101 North Central Avenue, Suite 820
Phoenix, Arizona 85012
**Tel: (480) 227-4984**
**Fax: (602) 865-1527**
**State Bar No. 023588**
**Jocquese@azjustice.com**
**Jocquese L. Blackwell**
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No.: 2:08-cr-00932-DGC |
| vs. | **MOTION FOR EXTENSION OF TIME** |
| Marco Antonio Serrano, | **Re: Motion for Relief Under § 3582(c)(1)(A)** |
| Defendant. | |

Undersigned counsel hereby respectfully requests this Court to enter an order extending the deadline of September 7, 2021, to file an Amended Motion for Relief or Notice for a period of thirty (30) days.

Defense counsel needs additional time to obtain a copy of Mr. Serrano's most recent medical records to determine if he has gotten the Covid vaccine.

Assistant United States Attorney Frances Kreamer Hope has been advised of the contents of this motion and she has no objection.

Wherefore, defendant requests the Court to enter an order extending the current deadline of September 7, 2021, for a period of thirty (30) days to file an Amended motion for Relief or Notice.

RESPECTFULLY SUBMITTED this 7th day of September, 2021.

/s/Jocquese L. Blackwell
Jocquese L. Blackwell
Attorney for Defendant

**<u>Certificate of Service</u>**

I hereby certify that on September 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF users:

Hon. David G. Campbell
United States District Court
401 West Washington Street
Phoenix, Arizona 85003
Campbell_Chambers@azd.uscourts.gov

Frances Kreamer Hope
Assistant United States Attorney
frances.kreamer.hope@usdoj.gov


By  */s/ Jocquese L.Blackwell*          .
         JOCQUESE L. BLACKWELL
         Attorney for Defendant