# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-08-00932-007-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Marco Antonio Serrano, | |
| Defendant. | |

The Court has received Defendant's Fourth Motion for Extension of Time re: Motion for Relief Under § 3582(c)(1)(A) (Doc. 569) and Defendant's Notice Not to Amend Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release Due to Covid-19 and 8th Amendment). Doc. 570. In light of the subsequent filing (Doc. 570),

**IT IS ORDERED** denying as moot Defendant's Fourth Motion for Extension of Time re: Motion for Relief Under § 3582(c)(1)(A). Doc. 569.

**IT IS FURTHER ORDERED** the Government shall file a Response to the Motion for Reduction of Sentence (Doc. 549) no later than **September 29, 2021**. Defendant shall file a Reply no later than **October 20, 2021**.

DATED this 8th day of September, 2021.

David G. Campbell
Senior United States District Judge